```
4:06CV3219  8:06CV614  8:06CV618
8:06CV611   8:06CV615  8:06CV619
8:06CV612   8:06CV616  8:06CV620
8:06CV613   8:06CV617  8:06CV621
                       8:06CV622
                       8:06CV623   8:06CV628
                       8:06CV627   8:06CV629
```

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

OCT 23 2006

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 NOV 13 PM 3: 52

OFFICE OF THE CLERK

DOCKET NO. 1657

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

**CONDITIONAL TRANSFER ORDER (CTO-69)**

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 4,677 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV - 8 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-69 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

DIST. DIV. C.A. #            CASE CAPTION

**ALABAMA MIDDLE**
~~ALM 1 06-849~~            ~~Donna Harrell, et al. v. Merck & Co., Inc., et al.~~ Vacated 10/30/06
ALM 1 06-876                 Connie Singletary v. Merck & Co., Inc.
ALM 2 06-865                 Lille B. Vickers v. Merck & Co., Inc.

**ALABAMA NORTHERN**
ALN 2 06-1878                Paticia Blodgett, et al. v. Merck & Co., Inc.
ALN 2 06-1934                Larry W. Hill, Sr., et al. v. Merck & Co., Inc.
ALN 2 06-1935                Juanita M. Rutherford v. Merck & Co., Inc.
ALN 2 06-1937                Joan C. Addy v. Merck & Co., Inc.
ALN 2 06-1938                Paul G. Batz, et al. v. Merck & Co., Inc.
ALN 2 06-1942                Marlin King v. Merck & Co., Inc.
ALN 2 06-1953                Rose Ellen Stewart v. Merck & Co., Inc.
ALN 2 06-1954                Billy G. Smith, Jr. v. Merck & Co., Inc.
ALN 2 06-1966                Robert Brady, et al. v. Merck & Co., Inc.
ALN 3 06-1940                Donald G. Sharp, et al. v. Merck & Co., Inc.

**ALABAMA SOUTHERN**
ALS 1 06-593                 Roy E. Faircloth, Sr. v. Merck & Co., Inc.
ALS 1 06-594                 Joy Donald v. Merck & Co., Inc.

**ARKANSAS EASTERN**
ARE 4 06-1319                Dorothy White v. Merck & Co., Inc.

**CALIFORNIA CENTRAL**
CAC 2 06-6143                Gouthami Mandava v. Merck & Co., Inc.
CAC 2 06-6198                Carmen Hill v. Merck & Co., Inc.

**CALIFORNIA EASTERN**
~~CAE 2 06-2079~~            ~~Freeman Herring v. Merck & Co., Inc., et al.~~ Opposed 11/8/06
CAE 2 06-2093                James E. Chase, et al. v. Merck & Co., Inc.
CAE 2 06-2102                Stanley Timone v. Merck & Co., Inc.
CAE 2 06-2103                Mabel Williamson, et al. v. Merck & Co., Inc.

**CALIFORNIA NORTHERN**
CAN 3 06-5760                Douglas J. Trammell, et al. v. Merck & Co., Inc.

**DISTRICT OF COLUMBIA**
DC 1 06-1659                 Charles E. Godfrey, et al. v. Merck & Co., Inc.

**FLORIDA MIDDLE**
FLM 5 06-337                 Richard Wolf v. Merck & Co., Inc.
FLM 5 06-355                 Chris Richardson v. Merck & Co., Inc., et al.
FLM 8 06-1785                Jean Little, et al. v. Merck & Co., Inc.

**GEORGIA MIDDLE**
GAM 4 06-112                 Peggy Brooks v. Merck & Co., Inc.
GAM 5 06-343                 Tommie Felton v. Merck & Co., Inc.

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **GEORGIA NORTHERN** | |
| GAN 1 06-2223 | William Robert Holley v. Merck & Co., Inc. |
| GAN 1 06-2224 | Willie Lee Sherod, etc. v. Merck & Co., Inc. |
| GAN 1 06-2225 | Patrick Corcoran v. Merck & Co., Inc. |
| GAN 1 06-2321 | Virginia R. Burr, et al. v. Merck & Co., Inc. |
| GAN 3 06-92 | Wanda Beth Campbell v. Merck & Co., Inc. |
| **HAWAII** | |
| HI 1 06-504 | Carlos Keen, et al. v. Merck & Co., Inc. |
| HI 1 06-505 | Anthony Maldonado, et al. v. Merck & Co., Inc. |
| HI 1 06-506 | Joseph D. Barona v. Merck & Co., Inc. |
| HI 1 06-507 | Adriadna Mitchell v. Merck & Co., Inc. |
| HI 1 06-508 | Mark Johnasen, et al. v. Merck & Co., Inc. |
| HI 1 06-509 | Robert Okawa, et al. v. Merck & Co., Inc. |
| HI 1 06-521 | Pedro U. Magno, Sr., et al. v. Merck & Co., Inc. |
| **IDAHO** | |
| ID 2 06-389 | Vicky Tibbetts v. Merck & Co., Inc. |
| **ILLINOIS NORTHERN** | |
| ILN 1 06-5050 | Maya Yarovinsky v. Merck & Co., Inc. |
| ILN 1 06-5134 | Diana Stockwell, etc. v. Merck & Co., Inc. |
| ILN 1 06-5234 | Richard Volkman v. Merck & Co., Inc. |
| ILN 1 06-5300 | Genwefa Wrobel v. Surender Lal, M.D., et al. |
| ILN 1 06-5301 | Nello Vittorini v. William Monaco, M.D., et al. |
| ILN 1 06-5302 | Mark Fiebig v. Merck & Co., Inc. |
| ILN 1 06-5304 | Sandra Catuara, et al. v. Merck & Co., Inc. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-737 | Charles F. Stalnaker, et al. v. Merck & Co., Inc. |
| ILS 3 06-745 | Richard Klene, etc. Merck & Co., Inc., et al. |
| **INDIANA NORTHERN** | |
| INN 3 06-579 | Deeb Azar, et al. v. Merck & Co., Inc. |
| **KANSAS** | |
| KS 2 06-2420 | Adam Susz, etc. v. Merck & Co., Inc. |
| KS 5 06-4109 | John Beers v. Merck & Co., Inc. |
| **MASSACHUSETTS** | |
| MA 1 06-11667 | Eldridge Bernard, et al. v. Merck & Co., Inc. |
| **MINNESOTA** | |
| MN 0 06-3794 | Nancy Ernst v. Merck & Co., Inc. |
| MN 0 06-3809 | Kathlin Johnson, et al. v. Merck & Co., Inc. |
| MN 0 06-3842 | Ernestene Burkett v. Merck & Co., Inc. |
| MN 0 06-3843 | William C. Malloy v. Merck & Co., Inc. |
| MN 0 06-3854 | Shirley McPherson v. Merck & Co., Inc. |
| MN 0 06-3874 | Alan Foote v. Merck & Co., Inc. |
| MN 0 06-3875 | David Lindsay, Sr., et al. v. Merck & Co., Inc. |
| MN 0 06-3902 | Marnie Andolina, et al. v. Merck & Co., Inc., et al. |
| MN 0 06-3903 | Joanne A. Carrigan, et al. v Merck & Co., Inc., et al. |
| MN 0 06-3904 | Charles Cox, et al. v. Merck & Co., Inc., et al. |
| MN 0 06-3905 | Samuel G. Barone, et al. v. Merck & Co., Inc., et al. |
| MN 0 06-3909 | Mary D'Angelo, et al. v. Merck & Co., Inc., et al. |
| **MISSOURI EASTERN** | |
| MOE 4 06-1347 | Shoena Clayton, et al. v. Merck & Co., Inc. |
| ~~MOE 4 06-1372~~ | ~~Forrest Lincoln, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/8/06 |

SCHEDULE CTO-69 - TAG-ALONG ACTIONS (MDL-1657)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **MISSOURI WESTERN** | |
| MOW 4 06-818 | Jo Levitt v. Merck & Co., Inc. |
| **MISSISSIPPI NORTHERN** | |
| ~~MSN 1 06-265~~ | ~~Michael A. Collier v. Merck & Co., Inc., et al.~~ Opposed 11/8/06 |
| MSN 2 06-157 | Charlotte Lafayette, etc. v. Merck & Co., Inc. |
| MSN 4 06-155 | Emma Lee Bass v. Merck & Co., Inc. |
| MSN 4 06-156 | Mary S. Grant v. Merck & Co., Inc. |
| MSN 4 06-157 | Estate of Cynthia Houston v. Merck & Co., Inc. |
| MSN 4 06-158 | Estate of Lillie M. King v. Merck & Co., Inc. |
| MSN 4 06-159 | Estate of Hattie Spain v. Merck & Co., Inc. |
| MSN 4 06-160 | Reases Pittman v. Merck & Co., Inc. |
| MSN 4 06-161 | Estate of Mary Frances Sheedy v. Merck & Co., Inc. |
| MSN 4 06-162 | Bessie McIntosh v. Merck & Co., Inc. |
| **MISSISSIPPI SOUTHERN** | |
| MSS 3 06-528 | Jessie T. Mathes, Jr., et al. v. Merck & Co., Inc. |
| MSS 3 06-529 | Arthur Camphor, et al. v. Merck & Co., Inc. |
| MSS 3 06-530 | Frank L. Smith, et al. v. Merck & Co., Inc. |
| **NEBRASKA** | |
| NE 4 06-3219 | Billy B. Kehlbeck, et al. v. Merck & Co., Inc. |
| NE 8 06-611 | Patrick J. John v. Merck & Co., Inc. |
| NE 8 06-612 | Samual J. Johnson v. Merck & Co., Inc. |
| NE 8 06-613 | Alfred J. Kortum v. Merck & Co., Inc. |
| NE 8 06-614 | Stephen Krupa v. Merck & Co., Inc. |
| NE 8 06-615 | Patrick Vaughn v. Merck & Co., Inc. |
| NE 8 06-616 | Violet D. Hileman v. Merck & Co., Inc. |
| NE 8 06-617 | Don Sutton, etc. v. Merck & Co., Inc. |
| NE 8 06-618 | Ronald Evelyn v. Merck & Co., Inc. |
| NE 8 06-619 | Virgil Freeman v. Merck & Co., Inc. |
| NE 8 06-620 | David Schneider v. Merck & Co., Inc. |
| NE 8 06-621 | Edward Bass v. Merck & Co., Inc. |
| NE 8 06-622 | Ethel A. Barmes v. Merck & Co., Inc. |
| NE 8 06-623 | Joseph John Toczek v. Merck & Co., Inc. |
| NE 8 06-627 | Hazel Sutton, etc. v. Merck & Co., Inc. |
| NE 8 06-628 | Robin J. Martinez v. Merck & Co., Inc. |
| NE 8 06-629 | Thomas B. Mullen v. Merck & Co., Inc. |
| **NEW JERSEY** | |
| NJ 3 06-4415 | Steve Heusted, et al. v. Merck & Co., Inc. |
| **NEVADA** | |
| NV 2 06-1215 | Albin Knudson v. Merck & Co., Inc. |
| NV 2 06-1216 | Julia C. Mortell, et al. v. Merck & Co., Inc. |
| NV 2 06-1217 | Arthur L. Sher v. Merck & Co., Inc. |
| NV 3 06-495 | Lee Johnson, et al. v. Merck & Co., Inc. |
| **OHIO NORTHERN** | |
| OHN 1 06-2193 | Vincent S. Zingale, Sr. v. Merck & Co., Inc. |
| OHN 1 06-2236 | Ruby Cowan, et al. v. Merck & Co., Inc. |
| OHN 1 06-2237 | Ben Bisaroe v. Merck & Co., Inc. |
| OHN 1 06-2238 | Louis Horvath, et al. v. Merck & Co., Inc. |
| OHN 1 06-2239 | Robert Neal v. Merck & Co., Inc. |
| OHN 1 06-2241 | James Slumber, et al. v. Merck & Co., Inc. |
| OHN 3 06-2180 | Leitha J. Loppe v. Merck & Co., Inc. |
| OHN 3 06-2221 | Walter Scoble, et al. v. Merck & Co., Inc. |
| OHN 3 06-2235 | Welston Nickelson, etc. v. Merck & Co., Inc. |
| OHN 4 06-2240 | Linda Thornton v. Merck & Co., Inc. |

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **OHIO SOUTHERN** | |
| OHS  2  06-774 | Marie Moore v. Merck & Co., Inc. |
| **OKLAHOMA EASTERN** | |
| OKE  6  06-374 | Homer Jones v. Merck/Vioxx Corp. |
| OKE  6  06-386 | Howard Hess, etc. v. Merck & Co., Inc. |
| **OKLAHOMA NORTHERN** | |
| OKN  4  06-490 | Charles Tuttle v. Merck & Co., Inc. |
| **OKLAHOMA WESTERN** | |
| OKW  5  06-1004 | Deeann Marie Taylor, etc. v. Merck & Co., Inc. |
| **PENNSYLVANIA EASTERN** | |
| PAE  2  06-3872 | Lucille Paul, et al. v. Merck & Co., Inc., et al. |
| PAE  2  06-4137 | Barbara E. Wolfe, etc. v. Merck & Co., Inc. |
| PAE  2  06-4138 | John C. Slembarski, et al. v. Merck & Co., Inc. |
| PAE  2  06-4139 | Deborah Heisey-Dewolf, et al. v. Merck & Co., Inc. |
| PAE  2  06-4140 | Edwin C. Hench, et al. v. Merck & Co., Inc. |
| PAE  2  06-4141 | Kathy Gibson, etc. v. Merck & Co., Inc. |
| PAE  2  06-4142 | Nancy Scott, et al. v. Merck & Co., Inc. |
| PAE  2  06-4143 | Marilyn J. Osiecki, et al. v. Merck & Co., Inc. |
| PAE  2  06-4144 | Pedro Gonzales, Jr., et al. v. Merck & Co., Inc. |
| **PENNSYLVANIA WESTERN** | |
| PAW  2  06-1197 | Richard Craska v. Merck & Co., Inc. |
| PAW  2  06-1246 | Rebecca Catherine Kovach, et al. v. Merck & Co., Inc. |
| **SOUTH DAKOTA** | |
| SD  5  06-5073 | Ronald Luers Soelzer v. Merck & Co., Inc. |
| **TEXAS EASTERN** | |
| TXE  2  06-377 | Shirley Crager, et al. v. Merck & Co., Inc. |
| TXE  2  06-378 | E.L. Brady, Sr. et al. v. Merck & Co., Inc. |
| TXE  2  06-379 | Joyce Arnold, et al. v. Merck & Co., Inc. |
| TXE  2  06-380 | Glenda Grimes, et al. v. Merck & Co., Inc. |
| **TEXAS NORTHERN** | |
| TXN  2  06-246 | Sheila Dorman v. Merck & Co., Inc. |
| TXN  3  06-1703 | Nicklett Knight v. Merck & Co., Inc. |
| **TEXAS SOUTHERN** | |
| ~~TXS  2  06-404~~ | ~~Delia Cantu, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/1/06 |
| ~~TXS  7  06-253~~ | ~~Noemi Guzman Mata v. Merck & Co., Inc., et al.~~ Opposed 11/1/06 |
| ~~TXS  7  06-255~~ | ~~Maria Dolores Herrera, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/1/06 |
| **TEXAS WESTERN** | |
| ~~TXW  5  06-785~~ | ~~Richard Rodriguez, et al. v. Merck & Co., Inc., et al.~~ Opposed 11/1/06 |
| **UTAH** | |
| UT  2  06-761 | Francis Luton, et al. v. Merck & Co., Inc. |
| **VIRGINIA EASTERN** | |
| VAE  1  06-1036 | Jane Fitzgerald, etc. v. Merck & Co., Inc. |

# INVOLVED COUNSEL LIST (CTO-69)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

John C. Aisenbrey
Stinson, Mag & Fizzel, P.C.
1201 Walnut, Suite 2600
Kansas City, MO 64141

Alan Aleksander
Alan Aleksander Law Offices
225 E Carillo Street, Suite 305
Santa Barbara, CA 93101

Douglas Alan Allison
Huerta, Hastings & Allison
500 N. Water Street, Suite 1200
Corpus Christi, TX 78471

Tyler J. Anderson
Moffatt, Thomas, Barrett, Rock
& Fields, Chtd.
101 S, Capitol Blvd., 10th Floor
P.O. Box 829
Boise, ID 83701

Robert F. Arentz
Phillips & Associates
3030 North Third Street
Suite 1100
Phoenix, AZ 85012

Lee B. Balefsky
Kline & Specter
1525 Locust Street, 19th Floor
Philadelphia, PA 19102

Daniel E. Barenbaum
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Jan R. McLean Bernier
Halleland, Lewis, Nilan
& Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402-4501

Kevin F. Berry
Cozen O'Connor
The Atrium
Third Floor
1900 Market Street
Philadelphia, PA 19103

J. Scott Bertram
Bertram Law Firm, LLC
9229 Ward Parkway, Suite 360
Kansas City, MO 64114

Andy D. Birchfield, Jr.
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Dana A. Blanton
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111

Robert J. Bonsignore
Bonsignore & Brewer
23 Forest Street
Medford, MA 02155-3820

Steven J. Boranian
Reed Smith, LLP
Two Embarcadero Center
Suite 2000
P.O. Box 7936
San Francisco, CA 94111

Michael K. Brown
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071-1514

Brandon L. Buchanan
McAfee & Taft
211 North Robinson Avenue
Two Leadership Square
10th Floor
Oklahoma City, OK 73102-7103

Gary Yunchian Chen
Reed Smith, LLP
355 South Grand Avenue
Suite 2900
Los Angeles, CA 90071

Charles A. Childers
Childers Buck & Schlueter
260 Peachtree Street
Suite 1601
Atlanta, GA 30303

Amanda M. Cialkowski
Halleland, Lewis, Nilan & Johnson, P.A.
220 South 6th Street, Suite 600
Minneapolis, MN 55402

Bryson R. Cloon
Cloon Law Firm
1 Hallbrook Place
11150 Overbrook Road
Suite 350
Leawood, KS 66211

Kanika D. Corley
Morris, Polich & Purdy, LLP
1055 West 7th Street
Suite 2400
Los Angeles, CA 90017

Philomena M. Dane
Squire, Sanders & Dempsey, L.L.P.
41 South High Street
Suite 1300
Columbus, OH 43215

Andrew L. Davick
Meshbesher & Spence, Ltd.
416 South Broadway
Rochester, MN 55904

Grant L. Davis
Davis, Bethune & Jones, LLC
1100 Main Street, Suite 2930
P.O. Box 26250
Kansas City, MO 64196

Charles A. Deacon
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Jill Marie Dennis
Hunton & Williams, LLP
1751 Pinnacle Drive, Suite 1700
McLean, VA 22102

Nicholas A. DiCello
Spangenbert, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

David A. Dick
Thompson & Coburn
One US Bank Plaza, Suite 2600
St. Louis, MO 63101

David Ellis Dobbs
Dobbs & Tittle, PC
112 E. Line, Suite 300
Tyler, TX 75702

Jeffrey Keith Douglas
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1044

Robert T. Ebert, Jr.
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO 63102

Donald S. Edgar
Donald S. Edgar Law Office
408 College Avenue
Santa Rosa, CA 95401

Elizabeth A. Ellis
Cory, Watson, Crowder
& DeGaris, PC
2131 Magnolia Avenue, Suite 200
P.O. Box 55927
Birmingham, AL 35205-5972

John C. Evans
Specter Specter Evans
& Manogue, P.C.
Koppers Bulding
436-7th Avenue, 26th Floor
Pittsburgh, PA 15219

Jeremy R. Fietz
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 95401

James B. Finley
Finley & Buckley
2931 North Druid Hills Road
Suite C
Atlanta, GA 30329

William F. Fitzpatrick
Fitzpatrick & Fitzpatrick
36 West Randolph, # 301
Chicago, IL 60601

Leonard V. Fodera
Silverman & Fodera
1835 Market Street
Eleven Penn Center, Suite 2600
Philadelphia, PA 19103-2968

Elisabeth Ann French
Pittman, Dutton, Kirby & Hellums, PC
1100 Park Place Tower
2001 Park Place North
Birmingham, AL 35203

James P. Frickleton
Bartimus, Frickleton, Robertson
& Gorny, P.C.
11150 Overbrook Drive, Suite 200
Leawood, KS 66211

Daniel H. Friedman
Friedman Law Offices
3800 Normal Blvd., Suite 200
Lincoln, NE 68506

Zeev Friedman
Hoffman Legal Group
23230 Chagrin Blvd., Suite 232
Cleveland, OH 44122

Blanca P. Galo
Fulbright & Jaworski, L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

Richard B. Garrett
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101

Gordon V. Goodsell
Gunderson, Palmer, Goodsell
& Nelson, L.L.P.
P.O. Box 8045
Rapid City, SD 57709-8045

Alan Thomas Hargrove, Jr.
Rushton, Stakely, Johnston
& Garrett, PA
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270

Bryan S. Hatch
Stinson, Morrison Law Firm
1299 Farnam Street, Suite 1501
Omaha, NE 68102

Jay H. Henderson
Cruse Scott Henderson & Allen, LLP
2777 Allen Parkway, 7th Floor
Houston, TX 77019-2133

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
820 O'Keefe Avenue
New Orleans, LA 70113

Bradley D. Honnold
Goza & Honnold, LLC
1100 Main Street
Kansas City, MO 64148-2355

J. Christopher Ide
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314

Andrew Burns Johnson
Bradley, Arant, Rose & White
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203-2119

Alyson B. Jones
Butler Snow O'Mara Stevens & Cannada
P.O. Box 22567
Jackson, MS 39225-2567

Harold D. Jones
Williams & Arnold, III & Associates
10100 N. Central Expressway
Suite 600
Dallas, TX 75231

Homer Jones
Oklahoma State Penitentiary
PO Box 97
#143946
McAlester, OK 74502

Richard L. Josephson
Baker Botts LLP
One Shell Plaza
910 Louisana Street, Suite 3000
Houston, TX 77002-9934

Elizabeth A. Kaveny
Propes & Kaveny, LLC
833 West Jackson, Suite 200
Chicago, IL 60607

S.Tessie Kenny
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Anthony Y. K. Kim
Galiher, DeRobertis, Nakamura, Ono
& Takitani
610 Ward Avenue, Suite 200
Honolulu, HI 96814-3308

Rosalie Euna Kim
Reed Smith, LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Norman C. Kleinberg
Hughes Hubbard & Reed, LLP
One Battery Park Plaza, 12th Floor
New York, NY 10004-1482

Richard Klene
116 South Charles Street
Belleville, IL 62220

Benjamin L. Locklar
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

David D. Loreman
993 Court Street
Elko, NV 89801

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105

Brian J. Madden
Wagstaff & Cartmell, LLP
4740 Grand Avenue, Suite 300
Kansas City, MO 64112

Ramona Martinez
Cowles & Thompson, P.C.
901 Main Street, Suite 4000
Dallas, TX 75202-3793

Tim Dwight Maxcey
Stipe Harper Laizure Uselton
Belote, et al.
P.O. Box 1369
McAlester, OK 74502

Robert R. McCoy
Morris, Pickering, Peterson & Trachok
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Michael J. Meyer
Law Offices of Michael J. Meyer
212 East Jefferson
P.O. Box 129
Effingham, IL 62401-0129

Michael J. Miller
Miller & Associates
105 North Alfred Street
Alexandria, VA 22314-3010

W. Eason Mitchell
Colom Law Firm
P.O. Box 866
Columbus, MS 39703-0866

Jack H. Modesett, III
Law Offices of Jack Modesett, III
500 North Water Street, Suite 1200
Corpus Christi, TX 78471

F. Chadwick Morris
Rushton, Stakely, Johnston
& Garrett, PA
P.O. Box 270
Montgomery, AL 36101-0270

Thomas Morris
Morris & Associates
P.O. Box 656
900 S. Chrisman Street
Cleveland, MS 38732-0656

Susan L. Nardone
Gibbons, Del Deo, Dolan,
Griffinger, et al.
One Riverfront Plaza
Newark, NJ 07102-5497

Anthony J. Nemo
Meshbesher & Spence, Ltd.
1616 Park Avenue
Minneapolis, MN 55404

Thao Trong Nguyen
Plews, Shadley, Racher & Braun
53732 Generations Drive
South Bend, IN 46635

Sarah Leaver Nichols
Bradley Arant Rose & White, LLP
One Federal Place
1819 Fifth Avenue North
P.O. Box 830709
Birmingham, AL 35203

Vincent E. Nowak
Mullin, Hoard & Brown, LLP
500 South Taylor
Suite 800 LB 213
Amarillo, TX 79101-1656

Staci B. O'Neal
O'Neal Law Firm
1888 Main Street, Suite C #177
Madison, MS 39110

Kenneth Patterson
Patterson & Wagner
7550 I-10 West, Suite 500
San Antonio, TX 78229

Amy D. Prevatt
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Kenneth M. Roberts
Dempsey, Roberts & Smith, Ltd.
520 South Fourth Street, Suite 360
Las Vegas, NV 89101

Jennifer Robinson
Rittenberg, Buffen & Gubranson Ltd.
309 West Washington, Suite 900
Chicago, IL 60606

Antonio M. Romanucci
Romanucci & Blandin
33 North LaSalle Street, Suite 2200
Chicago, IL 60602

David H. Rosenberg
Handler, Henning & Rosenberg, LLP
1300 Linglestown Rd.
Harrisburg, PA 17110

W. Russell Sanford, Jr.
328 S. Eddy Street
South Bend, IN 46617

Stuart E. Scott
Spangenbert, Shibley & Liber, LLP
2400 National City Center
1900 East 9th Street
Cleveland, OH 44114

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

Robert K. Shelquist
Lockridge Grindal Nauen PLLP
100 Washington Avenue South
Suite 2200
Minneapolis, MN 55401-2179

Brian Alan Sher
Bryan Cave, LLP
161 North Clark, #4300
Chicago, IL 60601-3206

James M. Simpson, Jr.
Friday, Eldredge & Clark, LLP
First Commercial Bldg., Sutie 2000
400 West Capitol Avenue
Little Rock, AR 72201-3493

Connie Singletary
375 McAlister Road
Abbeville, AL 36310

James Paul Sizemore
Beasley, Allen, Crow, Methvin, Portis
& Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Jonathan B. Skidmore
Fulbright & Jaworski, L.L.P.
Texas Commerce Bank Tower
2200 Ross Avenue
Suite 2800
Dallas, TX 75201-2784

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point W.
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Stephen G. Strauss
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Dawn T. Sugihara
Goodsill, Anderson, Quinn & Stifel, LLLP
Alii Place
1099 Alakea Street
Suite 1800
Honolulu, HI 96813-2639

Gerald B. Taylor, Jr.
Beasley, Allen, Crow, Methvin, Portis & Miles, PC
P.O. Box 4160
Montgomery, AL 36103-4160

Richard S. Toon, Jr.
Toon & Osmond
1800 S. Baltimore
Suite 1000
Tulsa, OK 74119

Craig W. Trepanier
Trepanier & MacGillis, PA
310 4th Ave. S.
Suite 8000
Minneapolis, MN 55415

David R. Tullis
Driggs, Bills, & Day
331 S. 600 E.
Salt Lake City, UT 84102

William D. Vandever
Popham Law Firm, P.C.
323 West 8th Street, Suite 200
Kansas City, MO 64105-1679

Craig K. Vernon
James, Vernon & Weeks
1875 North Lakewood Drive
#200
Coeur d'Alene, ID 83814

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

David Reid Wamble
P.O. Box 416
Holly Springs, MS 38635

Leila H. Watson
Cory, Watson, Crowder & DeGaris, PC
2131 Magnolia Avenue
Suite 200
P.O. Box 55927
Birmingham, AL 35255-5972

Seth Sharrock Webb
Brown & Crouppen, PC
720 Olive Street
Suite 1800
St. Louis, MO 63101-2302

Mark A. Weber
Walentine, O'Toole, McQuillan & Gordon
11240 Davenport Street
P.O. Box 540125
Omaha, NE 68154-0125

James W. Winblood
Law Offices of Anderson & Jones
One Galleria Tower
13355 Noel Road
Suite 1645
Dallas, TX 75240

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

Robert B. Woomer
Woomer & Friday
3220 Wet Liberty Avenue
Suite 200
Pittsburgh, PA 15216

David W. Zoll
Zoll & Kranz, LLC
6620 West Central Avenue
Suite 200
Toledo, OH 43617

# INVOLVED JUDGES LIST (CTO-69)
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. William M. Acker, Jr.
Senior U.S. District Judge
481 Hugo L. Black U.S. Courthouse
1729 5th Avenue, North
Birmingham, AL 35203-0065

Hon. John R. Adams
U.S. District Judge
570 U.S. Courthouse & Fed. Bldg.
Two South Main Street
Akron, OH 44308

Hon. Terry I. Adelman
U.S. Magistrate Judge
15.174 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. Donetta W. Ambrose
Chief Judge, U.S. District Court
3280 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219-1906

Hon. Joseph F. Bataillon
Chief Judge, U.S. District Court
3259 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Richard H. Battey
U.S. District Judge
515 Ninth Street, Room 260
Rapid City, SD 57701

Hon. Neal B. Biggers, Jr.
Senior U.S. District Judge
388 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Hon. Alan N. Bloch
Senior U.S. District Judge
8370 U.S. Post Office & Courthouse
700 Grant Street
Pittsburgh, PA 15219

Hon. Christopher A. Boyko
U.S. District Judge
United States District Court
15B Carl B. Stokes United States
801 West Superior Avenue
Cleveland, OH 44113

Hon. Jane J. Boyle
U.S. District Judge
1376 Earle Cabell Federal Building &
U.S. Courthouse
1110 Commerce Street
Dallas, TX 75249

Hon. Elaine E. Bucklo
U.S. District Judge
1446 Everett M. Dirksen
U.S. Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Hon. Ronald L. Buckwalter
Senior U.S. District Judge
14614 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

~~Hon. Garland E. Burrell, Jr.~~
~~U.S. District Judge~~
~~501 I Street~~
~~Suite 13-200~~
~~Sacramento, CA 95814~~

Hon. Charles R. Butler, Jr.
Senior U.S. District Judge
John A. Campbell U.S. Courthouse
113 St. Joseph Street, 4th Floor
Mobile, AL 36602-3606

Hon. Jack T. Camp
Chief Judge, U.S. District Court
P.O. Box 939
Newnan, GA 30264-0939

Hon. Julie E. Carnes
U.S. District Judge
2167 Richard B. Russell Federal
Building & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. U. W. Clemon
Chief Judge, U.S. District Court
882 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203-2000

Hon. Mary L. Cooper
U.S. District Judge
5000 Clarkson S. Fisher Federal
Bldg. & U.S. Courthouse
402 E. State Street
Trenton, NJ 08608

Hon. Leonard E. Davis
U.S. District Judge
United States District Court
106 Federal Building
211 West Ferguson Street
Tyler, TX 75702

Hon. Michael J. Davis
U.S. District Judge
14E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Samuel Der-Yeghiayan
U.S. District Judge
1988 Everett McKinley
Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Jan E. DuBois
Senior U.S. District Judge
12613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1766

Hon. Morrison C. England, Jr.
U.S. District Judge
United States District Court
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. Joan N. Ericksen
U.S. District Judge
12W U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415

Hon. Orinda D. Evans
U.S. District Judge
1988 Richard B. Russell Federal
Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Hon. David A. Ezra
U.S. District Judge
C-400 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. Mark R. Filip
U.S. District Judge
1764 Everett McKinley
Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. David Folsom
U.S. District Judge
309 U.S. Courthouse & Post Office
500 N. State Line Avenue
Texarkana, TX 71854-5957

Hon. Stephen P. Friot
U.S. District Judge
3102 U.S. Courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

Hon. Patricia A. Gaughan
U.S. District Judge
19B Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1835

Hon. Helen W. Gillmor
Chief Judge, U.S. District Court
C-400 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Clifford Scott Green
Senior U.S. District Judge
15613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Paul W. Greene
U.S. Magistrate Judge
319 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

~~Hon. Jean C. Hamilton~~
~~U.S. District Judge~~
~~16N Thomas F. Eagleton~~
~~U.S. Courthouse~~
~~111 South Tenth St., 16th Floor~~
~~St. Louis, MO 63102-1116~~

~~Hon. Hayden W. Head, Jr.~~
~~Chief Judge, U.S. District Court~~
~~308 U.S. Courthouse~~
~~1133 North Shoreline Boulevard~~
~~Corpus Christi, TX 78401~~

Hon. William J. Hibbler
U.S. District Judge
1262 Everett McKinnley
Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

~~Hon. Ricardo H. Hinojosa~~
~~U.S. District Judge~~
~~1701 W. Business Highway 83~~
~~Bentsen Tower~~
~~Suite 1028~~
~~McAllen, TX 78502~~

Hon. Wm. Terrell Hodges
Senior U.S. District Judge
Golden-Collum Federal Building and
U.S. Courthouse, Box 11
207 Northwest Second Street
Ocala, FL 34475

Hon. Virginia Emerson Hopkins
U.S. District Judge
U.S. District Court
619 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue, North
Birmingham, AL 35203

Hon. Roger L. Hunt
Senior U.S. District Judge
6018 Lloyd D. George
U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Hon. Inge P. Johnson
U.S. District Judge
361 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Hon. J. Curtis Joyner
U.S. District Judge
8613 James A. Byrne U.S.
Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Lawrence K. Karlton
Senior U.S. District Judge
15-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814

Hon. David A. Katz
Senior U.S. District Judge
307 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

Hon. Bruce W. Kauffman
U.S. District Judge
5613 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1776

Hon. Alan C. Kay
Senior U.S. District Judge
C-415 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850

Hon. Virginia M. Kendall
U.S. District Judge
United States District Court
1778 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Terence C. Kern
U.S. District Judge
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 West 4th Street
Tulsa, OK 74103-3819

Hon. Dale A. Kimball
U.S. District Judge
220 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101

Hon. Clay D. Land
U.S. District Judge
United States District Court
P.O. Box 2017
Columbus, GA 31902

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Gerald Bruce Lee
U.S. District Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Hon. Tom S. Lee
Senior U.S. District Judge
110 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Richard J. Leon
U.S. District Judge
4335 E. Barrett Prettyman
U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Hon. Edward J. Lodge
U.S. District Judge
James A. McClure Federal
Building & U.S. Courthouse
550 West Fort Street
Boise, ID 83724-0101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Fed. Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. James C. Mahan
U.S. District Judge
6085 Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

Hon. Blanche M. Manning
U.S. District Judge
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Howard D. McKibben
Senior U.S. District Judge
607 Bruce R. Thompson
U.S. Courthouse & Federal Building
400 South Virginia Street
Reno, NV 89501

Hon. Michael P. Mills
U.S. District Judge
335 Federal Bldg. & U.S. Courthouse
911 Jackson Avenue, West
Oxford, MS 38655

Hon. Susan Oki Mollway
U.S. District Judge
C-409 Prince Kuhio Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. James M. Moody
U.S. District Judge
381 Richard Sheppard Arnold
U.S. Courthouse
600 West Capitol Avenue
Little Rock, AR 72201

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
255 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Kathleen McDonald O'Malley
U.S. District Judge
16A Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113-1840

Hon. John R. Padova
U.S. District Judge
6614 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1759

Hon. Marilyn Hall Patel
U.S. District Judge
Phillip Burton U.S. Courthouse
P.O. Box 36060
San Francisco, CA 94102-3661

Hon. W. Allen Pepper, Jr.
U.S. District Judge
329 Federal Building
305 Main Street
Greenville, MS 38701

Hon. Dan A. Polster
U.S. District Judge
18B Carl B. Stokes U.S. Courthouse
801 W. Superior Avenue
Cleveland, OH 44113

Hon. R. David Proctor
U.S. District Judge
730 Hugo L. Black U.S. Courthouse
1729 Fifth Avenue North
Birmingham, AL 35203

Hon. Robert B. Propst
Senior U.S. District Judge
P.O. Box 820
Anniston, AL 36202

Hon. Julie A. Robinson
U.S. District Judge
405 United States Courthouse
444 Southeast Quincy Street
Topeka, KS 66683

Hon. Mary Lou Robinson
U.S. District Judge
226 J. Marvin Jones Federal Building
205 East Fifth Avenue
Amarillo, TX 79101

Hon. Xavier Rodriguez
U.S. District Judge
United States District Court
John H. Wood, Jr. U.S. Courthouse
655 East Durango Blvd.
San Antonio, TX 78206

Hon. C. Ashley Royal
U.S. District Judge
U.S. District Court
P.O. Box 128
Macon, GA 31202

Hon. Juan R. Sanchez
U.S. District Judge
United States District Court
20613 James A. Byrne
U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Hon. Berle M. Schiller
U.S. District Judge
5614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Hon. Patrick J. Schiltz
U.S. District Judge
U.S. District Court
Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. J. Michael Seabright
U.S. District Judge
United States District Court
C-435 Prince Kuhio Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-0001

Hon. Frank H. Seay
Senior U.S. District Judge
United States District Court
P.O. Box 828
Muskogee, OK 74402-0828

Hon. Allen Sharp
Chief Judge, U.S. District Court
124 Robert A. Grant Federal Bldg. & U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Hon. William B. Shubb
Senior U.S. District Judge
14-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

Hon. George C. Smith
Senior U.S. District Judge
101 Joseph P. Kinneary U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

Hon. William H. Steele
U.S. District Judge
U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602

Hon. Lyle E. Strom
Senior U.S. District Judge
3190 Roman L. Hruska U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102

Hon. Myron H. Thompson
U.S. District Judge
P.O. Box 235
Montgomery, AL 36101-0235

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. John F. Walter
U.S. District Judge
176 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012-4701

Hon. Horace T. Ward
Senior U.S. District Judge
Richard B. Russell Federal Bldg.
& U.S. Courthouse, Room 2388
75 Spring Street, S.W.
Atlanta, GA 30303

Hon. Ronald A. White
U.S. District Judge
United States District Court
P.O. Box 1009
Muskogee, OK 74402

Hon. Henry T. Wingate
Chief Judge, U.S. District Court
109 James O. Eastland U.S. Courthouse
245 East Capitol Street
Jackson, MS 39201

Hon. Scott O. Wright
Senior U.S. District Judge
8662 Charles Evans Whittaker U.S. Courthouse
400 East Ninth Street
Kansas City, MO 64106

Hon. Rya W. Zobel
U.S. District Judge
6110 John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210-3002

Hon. Jack Zouhary
U.S. District Judge
203 United States Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

**INVOLVED CLERKS LIST (CTO-69)**
**DOCKET NO. 1657**
**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Arlen B. Coyle, Clerk
U.S. District Court
P.O. Box 704
Aberdeen, MS 39730-0704

Arlen B. Coyle, Clerk
U.S. District Court
305 Main Street
Room 329
Greenville, MS 38701

Arlen B. Coyle, Clerk
369 Fed. Bldg. & U.S. Courthouse
911 Jackson Avenue East
Oxford, MS 38655-3622

Cameron S. Burke, Clerk
205 North 4th Street
Second Floor
Coeur d'Alene, ID 83814

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

David J. Maland, Clerk
100 East Houston Street, #125
Marshall, TX 75670-4144

Debra P. Hackett, Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101-0711

Denise Lucks, Clerk
U.S. District Court
Denney Fed. Bldg. & U.S. Courthouse
100 Centennial Mall North, Room 593
Lincoln, NE 68508-3803

Denise Lucks, Clerk
1152 Roman L. Hruska
U.S. Courthouse
111 South 18th Plaza
Omaha, NE 68102-1322

Fernando Galindo, Acting Clerk
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314-5798

Geri M. Smith, Clerk
United States District Court
2-161 Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, OH 44113

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Geri M. Smith, Clerk
337 Thomas D. Lambros Federal Building & U.S. Courthouse
125 Market Street
Youngstown, OH 44503-1787

Gregory J. Leonard, Clerk
P.O. Box 124
Columbus, GA 31902-0124

Gregory J. Leonard, Clerk
P.O. Box 128
Macon, GA 31202

J.T. Noblin, Clerk
P.O. Box 23552
Jackson, MS 39225-3552

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

James Bonini, Clerk
260 Joseph P. Kinneary
U.S. Courthouse
85 Marconi Boulevard
Columbus, OH 43215

James G. Woodward, Clerk
3300 Thomas F. Eagleton
U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

James W. McCormack, Clerk
402 U.S. Post Office & Courthouse
600 West Capitol Avenue
Little Rock, AR 72201-3325

Joseph A. Haas, Clerk
U.S. District Court
P.O. Box 6080
Rapid City, SD 57709

Karen S. Mitchell, Clerk
J. Marvin Jones Federal Bldg.
P.O. Box F13240
205 East Fifth Avenue
Amarillo, TX 79101-1556

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Lance S. Wilson, Clerk
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard, South
Las Vegas, NV 89101

Lance S. Wilson, Clerk
Bruce R. Thompson U.S. Courthouse & Fed. Bldg.
, Suite 301
400 South Virginia Street
Reno, NV 89501

Luther D. Thomas, Clerk
2211 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3361

Luther D. Thomas, Clerk
P.O. Box 939
Newnan, GA 30264

Markus B. Zimmer, Clerk
150 Frank E. Moss U.S. Courthouse
350 South Main Street
Salt Lake City, UT 84101-2180

Michael E. Kunz, Clerk
2609 James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
P.O. Box 5059
McAllen, TX 78502-5059

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Nancy Mayer-Whittington, Clerk
1834 E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001-2802

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Patricia L. Brune, Clerk
2710 Charles Evans Whittaker
U.S. Courthouse
400 E. Ninth Street
Kansas City, MO 64106

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Perry D. Mathis, Clerk
140 Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203

Philip B. Lombardi, Clerk
411 Page Belcher Federal Bldg.
& U.S. Courthouse
333 W. 4th Street
Tulsa, OK 74103-3819

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Ralph L. DeLoach, Clerk
490 Frank Carlson Federal Building & U.S. Courthouse
444 S.E. Quincy Street
Topeka, KS 66683

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Richard W. Wieking, Clerk
Phillip Burton U.S. Courthouse
Box 36060
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Robert D. Dennis, Clerk
1210 U.S. Courthouse
200 N.W. 4th Street
Oklahoma City, OK 73102-3092

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1805
Pittsburgh, PA 15230-1805

Sarah Thornton, Clerk
Clerk's Office - Attn: Sherry Jones
U.S. District Court
595 Main Street
Worcester, MA 01608

Sherri R. Carter, Clerk
G-8 U.S. Courthouse
312 North Spring Street
Los Angeles, CA 90012

Sheryl L. Loesch, Clerk
U.S. District Court
207 NW Second Street
Ocala, FL 34475

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Stephen R. Ludwig, Clerk
315 Robert A. Grant Federal Bldg. & U.S. Courthouse
204 South Main Street
South Bend, IN 46601

Sue Beitia, Clerk
C-338 Prince Kuhio Federal Building
300 Ala Monan Boulevard
Honolulu, HI 96850

William B. Guthrie, Clerk
P.O. Box 607
Muskogee, OK 74402-0607

~~William G. Putnicki, Clerk~~
~~John H. Wood, Jr. U.S. Courthouse~~
~~655 East Durango Boulevard~~
~~San Antonio, TX 78206-1198~~

William T. Walsh, Clerk
2020 Clarkson S. Fisher Fed. Bldg. & U.S. Courthouse
402 East State Street
Trenton, NJ 08608